

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*  *Telephone (919) 856-4530*
*150 Fayetteville Street*  *Criminal FAX (919) 856-4487*
*Suite 2100*  *Civil FAX (919) 856-4821*
*Raleigh, NC 27601*  *www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:   April 11, 2023

TO:   United States District Court
   Eastern District of North Carolina
   Raleigh, North Carolina 27601

FROM:   CAROLINE L. WEBB
   KATHERINE S. ENGLANDER
   Assistant U.S. Attorneys

SUBJECTS:   United States v. Andre Davis
   Docket No. 4:23CR23 - Eastern Division

The above-named case is being charged by Indictment. The Indictment charges one count of conspiracy to distribute and possess with the intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and one count of possession with the intent to distribute fentanyl, in violation of Title 21, United States Code, Section 841(a)(1).

An Indictment that was previously filed in this District, *United States v. Ivan Leonardo Medina-Beltran, et al.* (Docket No. 4:22-CR-75-D) is related to this newly-indicted case in that the matters arise out of the same conspiracy and common scheme and would require substantial duplication of labor if heard by different judges. See EDNC Local Criminal Rule 50.1(a).

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney