

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*  *Telephone (919) 856-4530*
*150 Fayetteville Street*  *Criminal FAX (919) 856-4487*
*Suite 2100*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601*  *www.usdoj.gov/usao/nce*

DATE: April 11, 2023

TO: PETER A. MOORE
Clerk of Court
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, JR.
United States Attorney

ATTN OF: Katherine Englander
Assistant United States Attorney

SUBJECT: United States v. Andre Davis a/k/a "Dre"
No. 4:23 CR 23, Eastern Division

Please issue arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Pretrial Services Office.

Detenton is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

KE:tg

cc: US Marshal Service
US Probation Office