AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

    V.

**ANDRE DAVIS**
a/k/a "Dre"

RECEIVED
By USMS-E/NC at 3:19 pm, Apr 12, 2023

WARRANT FOR ARREST

CRIMINAL CASE: 4:23-CR-23-1-BM

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**ANDRE DAVIS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

  **X**  Indictment      Superseding Indictment      Criminal Information  Complaint

     Order of Court:    Violation Notice  Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to Distribute and Possess With the Intent to Distribute Forty (40) Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl

Count 2 - 21 U.S.C. § 841(a)(1): Possess With the Intent to Distribute Forty (40) Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl

Peter A. Moore, Jr.
Name of Issuing Officer

_Carson Pendergraft_
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

APRIL 11, 2023 – RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED<br>04/12/2023 | NAME AND TITLE OF ARRESTING OFFICER<br><br>D. Veasey, DUSM | NAME AND TITLE OF ARRESTING<br><br>*S. Bowyer, USMS* |
|---|---|---|
| DATE OF ARREST<br>05/04/2023 | | |

**FILED**

DATE 05/08/2023 mlb

PETER A. MOORE JR CLERK
US DISTRICT COURT, EDNC